COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| | § | No. 08-14-00077-CV |
| IN RE: ERIC FLORES | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |
| | § | |

## MEMORANDUM OPINION

Relator, Eric Flores, has filed a *pro se* petition for writ of mandamus against the Honorable Mike Herrera, Judge of the 353rd District Court of El Paso County, Texas. He asks that we order Respondent to set aside a severance order.

To be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate that there is no adequate remedy by appeal. *Id*. at 136. Based on the record before us, we conclude that Relator has not established he is entitled to mandamus relief. Accordingly, we deny the petition for writ of mandamus. *See* TEX.R.APP.P. 52.8(a).


May 30, 2014

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.